WILLARD K. TOM
General Counsel

ROBIN ROSEN SPECTOR
rspector@ftc.gov
DC Bar No. 449324
GREGORY J. MADDEN
gmadden@ftc.gov
Member of the MD Bar
Federal Trade Commission
600 Pennsylvania Avenue, NW
Room M-8102B
Washington, DC 20580
(202) 326-3740 (tel.) (Spector)
(202) 326-2426 (tel.) (Madden)
(202) 326-2558 (fax)

STACY PROCTER (Local Counsel)
sprocter@ftc.gov
CA Bar No. 221078
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4343 (tel.)
(310) 824-4380 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**LIGHTS OF AMERICA, INC.,**<br>  **a California Corporation;**<br><br>**USMAN VAKIL,**<br>  **an individual; and**<br><br>**FAROOQ VAKIL,**<br>  **an individual,**<br><br>                Defendants. | CV- SACV10-01333 JVS MLGx<br><br>**COMPLAINT FOR PERMANENT INJUNCTIVE AND OTHER RELIEF** |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1. The FTC brings this action under Sections 5(a)(1) and 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a)(1) and 53(b), to obtain a permanent injunction, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief, against Defendants Lights of America, Inc., Usman Vakil, and Farooq Vakil (collectively "Defendants") for engaging in deceptive acts or practices in connection with the advertising and sale of lighting products, in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a) and 53(b).

3. Venue is proper in this district under 28 U.S.C. § 1391(b)-(c), and 15 U.S.C. § 53(b).

## PLAINTIFF

4. The FTC is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce.

5. The FTC is authorized to initiate federal district court proceedings, by its own attorneys, to enjoin violations of the FTC Act and to secure such equitable relief as may be appropriate in each case, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies. 15 U.S.C. § 53(b).

2

## DEFENDANTS

6. Defendant Lights of America, Inc. ("LOA") is a California corporation with its principal place of business at 611 Reyes Drive, Walnut, CA 91789. LOA transacts or has transacted business in this district and throughout the United States. At all times relevant to this Complaint, acting alone or in concert with others, LOA has advertised, marketed, distributed, or sold lighting products to consumers throughout the United States.

7. Defendant Usman Vakil is the President of, and has a fifty-one percent ownership interest in, LOA. At all times relevant to this Complaint, acting individually or in concert with others, he has formulated, directed, controlled, had authority to control, or participated in the acts or practices set forth in this Complaint and knew or should have known that the acts or practices described herein were unfair or deceptive. Defendant Usman Vakil transacts or has transacted business in this district and throughout the United States.

8. Defendant Farooq Vakil is the Vice President of, and has a forty-nine percent ownership interest in, LOA. At all times relevant to this Complaint, acting individually or in concert with others, he has formulated, directed, controlled, had authority to control, or participated in the acts or practices set forth in this Complaint and knew or should have known that the acts or practices described herein were unfair or deceptive. Defendant Farooq Vakil transacts or has transacted business in this district and throughout the United States.

9. At all times relevant to this Complaint, the alleged acts and practices of Defendants have been in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANTS' COURSE OF CONDUCT

10. Since February 2008 and continuing thereafter, Defendants have advertised, promoted, offered for sale, sold and distributed Light Emitting Diode lamps ("LED lamps") to major national retailers for sale to consumers. These LED lamps are screw light bulbs that can be used in households in place of incandescent bulbs. LEDs typically produce more lumens (*i.e.,* a measure of brightness) with less wattage (*i.e.,* energy use) than traditional incandescent bulbs.

11. Defendants created, prepared, disseminated, or caused to be disseminated product labels, brochures, and other promotional materials, including, but not limited to, the attached Exhibits 1 to 3, containing, among other things, the following statements and depictions:

   a. Lights of America Packaging (Exhibit 1)

   | REPLACES **40** WATTS | USES ONLY **1.5** WATTS |
   |---|---|

   **Save $112\*\***
   In Energy Cost Per Bulb
   **90%**
   **More Efficient**
   (Compared to incandescent and halogen bulbs)
   **30,000 Hour Life**
   (Life Rating of LED's)

   "You'll never change your bulbs again."\*\*\*

   [*The asterisks after "Save $112" and "You'll never change your bulbs again" refer consumers to text appearing on the back of the package in very small print*]

   \*\*Based on the lifetime operating cost difference of a 40W bulb when compared to a 2.5W LED Bulb operated 4 hours per day 365 days per year at $0.10 kwh over 30,000 hrs.

4

       ***Statement based on the minimum # of times the led [sic] bulb needs to be changed.

b.    Lights of America Packaging (Exhibit 2)

Light Output: 201 lumens
Rated Life: 20,000 hours
Energy Used: 3.5 Watts
Color of Light: 5600K(Daylight)

*[Graphic: picture of a large LED light bulb equal to ten small incandescent light bulbs arranged in a pyramid.]*

**LASTS 10 TIMES LONGER**
*[graphic described above]*
than 2,000 hour incandescent bulbs

c.    Lights of America Brochure (Exhibit 3)

Accent Bulb    <u>SPECIFICATIONS</u>

WATTAGE: 4W
INCANDESCENT CAMPARISON [sic]: 45W
COLOR TEMP: 3500K
BULB LIFE HOURS: 30,000
HEAT FREE TECHNOLOGY

12.    In numerous instances, Defendants' LED lamps produced significantly less light output than a typical incandescent light bulb at the wattage represented in Defendants' promotional materials. For example, although Defendants represented that one of their LED lantern lamps replaces a 40-watt incandescent light bulb, this particular LED lamp produced only 74 lumens of light, while a typical 40-watt incandescent bulb produces 405 lumens.

13.    In numerous instances, Defendants' LED lamps produced significantly less lumens of light than Defendants represented in their promotional materials. For example, Defendants represented that one of their LED recessed lamps produces 90 lumens of light, but their own tests demonstrated that this LED lamp produces only 43 lumens.

14. In numerous instances, Defendants' LED lamps would not last the specified number of hours that Defendants represented in their promotional materials. If the lumen output decreases by more than 10% in the first 1,000 hours, it will not last 30,000 hours. Defendants represented that one of their LED recessed lamps will last 30,000 hours, but, in independent testing, this particular LED lamp lost 80% of its light output after only 1,000 hours.

## VIOLATIONS OF THE FTC ACT

15. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair or deceptive acts or practices in or affecting commerce. As set forth below, Defendants have engaged in unlawful practices in connection with the marketing and sale of LED lamps.

## FALSE OR UNSUBSTANTIATED CLAIMS
## IN VIOLATION OF SECTION 5 OF THE FTC ACT
### Count I

16. In numerous instances, in connection with the advertising, marketing, promotion, offering for sale, sale, or distribution of LED lamps, Defendants have represented, expressly or by implication, that the LED lamps will provide light output equivalent to particular watt incandescent light bulbs.

17. In numerous of these instances, the representations set forth in Paragraph 16 are false or were not substantiated at the time the representations were made. Therefore, the making of the representations set forth in Paragraph 16, above, constitutes a deceptive act or practice, in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## Count II

18. In numerous instances, in connection with the advertising, marketing, promotion, offering for sale, sale, or distribution of LED lamps, Defendants have represented, expressly or by implication, that the LED lamps will provide a purported level of light output in lumens.

19. In numerous of these instances, the representations set forth in Paragraph 18 are false or were not substantiated at the time the representations were made. Therefore, the making of the representations set forth in Paragraph 18, above, constitutes a deceptive act or practice, in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## Count III

20. In numerous instances, in connection with the advertising, marketing, promotion, offering for sale, sale, or distribution of LED lamps, Defendants have represented, expressly or by implication, that the LED lamps will last a specified number of hours.

21. In numerous of these instances, the representations set forth in Paragraph 20 are false or were not substantiated at the time the representations were made. Therefore, the making of the representations set forth in Paragraph 20, above, constitutes a deceptive act or practice, in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## CONSUMER INJURY

22. Consumers throughout the United States have suffered and continue to suffer substantial consumer injury as a result of Defendants' violations of the FTC Act. In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices. Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers, reap unjust

enrichment, and harm the public interest.

## THIS COURT'S POWER TO GRANT RELIEF

23. Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC. The Court, in the exercise of equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

# PRAYER FOR RELIEF

24. Wherefore, the FTC, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and the Court's equitable powers, requests that the Court:

   a. Enter a permanent injunction to prevent future violations of the FTC Act by Defendants;

   b. Award such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the FTC Act, including but not limited to, rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies; and

   c. Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the Court may determine to be just and proper.

Respectfully submitted,

WILLARD K. TOM
General Counsel

*Robin B Specter*
ROBIN ROSEN SPECTOR
GREGORY J. MADDEN
Federal Trade Commission
600 Pennsylvania Avenue, NW
Room M-8102B
Washington, DC 20580
(202) 326-3740 (tel.) (Spector)
(202) 326-2426 (tel.) (Madden)
(202) 326-2558 (fax)
rspector@ftc.gov, gmadden@ftc.gov

STACY PROCTER (Local Counsel)
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4343 (tel.)
(310) 824-4380 (fax)
sprocter@ftc.gov

EXHIBIT 1



Exhibit 1
11



Exhibit 1
12

EXHIBIT 2



2004: 9/16/09

Exhibit 2
14

EXHIBIT 3

# MERCURY FREE

# LED LIGHT BULBS

## Accent Bulb

### SPECIFICATIONS

- WATTAGE: 4W
- INCANDESCENT COMPARISON: 45W
- COLOR TEMP: 3500K
- BULB LIFE HOURS: 30,000
- HEAT FREE TECHNOLOGY

### ITEM DESCRIPTION

LED ACCENT DOWNLIGHT BULB

MODEL#
2004LEDDL-35K-8

PCS/INNER
3

UPC
755277 200409

# OF INNERS
8

12 OF 5
10755277200406

PCS/MASTER
24



Recessed • Track Lighting



## Check Register Bulb

### SPECIFICATIONS

- WATTAGE: 4W
- INCANDESCENT COMPARISON: 40W
- COLOR TEMP: 6500K
- BULB LIFE HOURS: 30,000
- HEAT FREE TECHNOLOGY

### ITEM DESCRIPTION

LED CHECK REGISTER BULB
- MODEL# 2004LEDCR-65K-12



Lights of America.

Exhibit 3
16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1333 JVS (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Federal Trade Commission

**DEFENDANTS**
Lights of America, Inc., a California Corporation; Usman Vakil, an individual; and Farooq Vakil, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robin Rosen Spector, Gregory J. Madden, Stacy Procter
600 Pennsylvania Ave., N.W., M-8102B
Washington, DC 20580 (telephone: 202 326-3740/2426)

**Attorneys (If Known)**
Atul Kumar
3141 Michelson Drive, Unit 401
Irvine, CA 92612
Attorney for Lights of America, Inc., Usman Vakil, and Farooq Vakil

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ Permanent Injunction

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 45(a) & 53(b) - Unfair or deceptive acts or practices affecting commerce

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: SACV10-01333

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Lights of America, Inc. - Los Angeles County<br>Usman Vakil - Los Angeles County<br>Farooq Vakil - Orange County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Nationwide (including Los Angeles County) | Nationwide |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Robin D Specter_  Date _9/3/10_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |