1  WILLARD K. TOM
   General Counsel
2
   ROBIN ROSEN SPECTOR, DC Bar No. 449324
3  rspector@ftc.gov
   GREGORY J. MADDEN, Member of the MD Bar
4  gmadden@ftc.gov
   Federal Trade Commission
5  600 Pennsylvania Avenue, NW, Rm. M-8102B
   Washington, DC 20580
6  (202) 326-3740 (tel.) (Spector)
   (202) 326-2426 (tel.) (Madden)
7  (202) 326-2558 (fax)

8  STACY PROCTER, Cal. Bar No. 221078
   sprocter@ftc.gov
9  Federal Trade Commission
   10877 Wilshire Boulevard, Suite 700
10 Los Angeles, CA 90024
   (310) 824-4343 (tel.)
11 (310) 824-4380 (fax)

12 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
13

14
                    UNITED STATES DISTRICT COURT
15                  CENTRAL DISTRICT OF CALIFORNIA

16

17 FEDERAL TRADE COMMISSION,          Case No. SACV10-01333 JVS
                                      (MLGx)
18                    Plaintiff,
                                      **PLAINTIFF'S NOTICE OF**
19         v.                         **MOTION AND MOTION TO**
                                      **STRIKE DEFENDANT LIGHTS**
20 LIGHTS OF AMERICA, INC., *et.al*,  **OF AMERICA INC.'S**
                       Defendants.    **AFFIRMATIVE DEFENSES AND**
21                                    **DEMAND FOR JURY TRIAL**

22

23

24         PLEASE TAKE NOTICE that, on Monday, January 10 at 1:30 p.m., or as

25 soon thereafter as the matter may be heard in the courtroom of the Honorable

26 James V. Selna, United States District Judge, in the United States District Court

27 for the Central District of California, Santa Ana Division, 411 West Fourth Street,

28 Courtroom 10C, Santa Ana, California, Plaintiff Federal Trade Commission shall

1   and hereby does move pursuant to Rule 12(f) of the Federal Rules of Civil

2   Procedure for an order striking Defendant Lights of America, Inc.'s First and

3   Third through Seventh Affirmative Defenses and Demand for a Jury Trial.

4         Pursuant to Local Rule 7-3, on November 17, 2010 (more than five days

5   prior to the deadline for filing this motion) counsel for the Federal Trade

6   Commission, Robin Rosen Spector and Gregory J. Madden, telephoned counsel

7   for Lights of America, Inc. ("LOA"), Michael A. Thurman of Loeb & Loeb LLP,

8   to discuss the issues raised by this Motion.  We spoke again on November 18 and

9   23, but were unable to reach resolution regarding the matters presenting in this

10  Motion.

11        As set forth in the accompanying Memorandum of Points and Authorities,

12  the FTC has good cause for the relief request.  The Defendant's Affirmative

13  Defenses are immaterial and improper as a matter of law and will require

14  unnecessary expenditure of time and resources in discovery.  In addition, the

15  Defendant's demand for a jury trial has no basis in law as the Plaintiff is seeking

16  only equitable remedies including a permanent injunction, rescission, and

17  restitution to redress injured consumers.

                              Respectfully submitted,


Dated: November 29, 2010          /s/ Gregory J. Madden
                                  ROBIN ROSEN SPECTOR
                                  GREGORY J. MADDEN
                                  Federal Trade Commission
                                  600 Pennsylvania Avenue, NW
                                  Room M-8102B
                                  Washington, DC 20580
                                  (202) 326-3740 (tel.) (Spector)
                                  (202) 326-2426 (tel.) (Madden)
                                  (202) 326-2558 (fax)
                                  rspector@ftc.gov, gmadden@ftc.gov

                                  STACY PROCTER (Local Counsel)

                                  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4343 (tel.)
(310) 824-4380 (fax)
sprocter@ftc.gov