MICHAEL MALLOW (SBN 188745)
mmallow@loeb.com
MICHAEL THURMAN (SBN 123303)
mthurman@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:    310-282-2200

Attorneys for Defendants
LIGHTS OF AMERICA, INC.,
USMAN VAKIL and FAROOQ VAKIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHTS OF AMERICA, INC., a California corporation; USMAN VAKIL, an individual; and FAROOQ VAKIL, an individual,<br><br>Defendants. | Case No. SACV10-01333 JVS MLGx<br><br>**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**<br><br>**[Local Rule 37-2 Joint Stipulation Filed Concurrently Herewith]**<br><br>Hearing Date: January 17, 2012<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6A<br>Judge: Hon. Marc L. Goldman<br><br>Discovery Cutoff: November 14, 2011<br>Pretrial Conf.: May 7, 2012<br>Trial Date: May 22, 2012 |

LA2187716.1
216835-10001

NOTICE OF MOTION FOR SANCTIONS
AND LR-37-2 JOINT STIPULATION

PLEASE TAKE NOTICE that, on January 17, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Marc L. Goldman, United States Magistrate Judge, in the United States District Court for the Central District of California, Santa Ana Division, 411 West Fourth Street, Courtroom 10C, Santa Ana, California, defendants LIGHTS OF AMERICA, INC., USMAN VAKIL and FAROOQ VAKIL (collectively, "Defendants") shall and hereby do move pursuant to Federal Rule of Civil Procedure 37, and Local Civil Rule 37-2, for an order of sanctions against the FTC for violations of its discovery obligations in this case.

In accordance with Local Rule 37-1, the parties met and conferred on the issues raised in this Motion on July 7 and November 14, 2011.

The parties' positions with respect to this Motion are set forth in the accompanying Joint Stipulation of Discovery Dispute, and supporting exhibits.

This Motion is based on this Notice, the accompanying Joint Stipulation of Discovery Dispute, and the Declarations of Michael B. Shortnacy, Kimberly Nelson, Mia Paget, Julie Mack, William Burton, Hampton Newsome, Robert Kaye, and Robin Spector, together with exhibits, filed concurrently herewith, and the complete files and records of this action and all other matters of which this Court may take notice.

As a result of the unavailability of Defendant's counsel, and Court closures and legal holidays in December, Defendants have set this Motion for hearing on January 17, 2011, the day before the parties are scheduled to appear before Magistrate Judge Goldman for a settlement conference.  The FTC is unwilling to consent to this date, and, in response to Defendants' request for available dates after December 20, 2011, provided March 12, 2012 as its first available date to attend a

//
//
//

1 | hearing on this Motion, citing the summary judgment briefing schedule as the sole
2 | basis for its unavailability prior to that date.

Dated: November 28, 2011          LOEB & LOEB LLP
                                  Michael Thurman

                                  By: /s/ Michael Thurman
                                      Michael Thurman
                                      Attorneys for Defendants
                                      LIGHTS OF AMERICA, INC.,
                                      USMAN VAKIL, FAROOQ VAKI