1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  MICHAEL A. THURMAN (SBN 123303)
   mthurman@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  Attorneys for Defendants
   LIGHTS OF AMERICA,
7  INC., USMAN VAKIL
   and FAROOQ VAKIL

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 FEDERAL TRADE COMMISSION,        ) Case No.: SACV10-01333 JVS MLGx
                                    )
13             Plaintiff,           )
                                    )
14        v.                        ) **FURTHER SUPPLEMENTAL**
                                    ) **MEMORANDUM OF LAW IN**
15 LIGHTS OF AMERICA, INC., a       ) **SUPPORT OF DEFENDANTS'**
   California corporation; USMAN    ) **MOTION FOR SANCTIONS**
16 VAKIL, an individual; and FAROOQ ) **AGAINST FTC**
   VAKIL, an individual,            )
17                                  )
               Defendants.          ) Hearing Date: January 18, 2012
18                                  ) Hearing Time: 8:00 a.m.
                                    ) Courtroom:    10C
19                                  ) Judge:        Hon. James V. Selna
                                    )
20                                  ) Discovery Cutoff: November 14, 2011
                                    ) Pretrial Conf.:   May 7, 2012
21                                  ) Trial Date:       May 22, 2012
                                    )
22 _____ )

23

24         Defendants Lights of America, Inc. ("LOA"), Usman Vakil, and

25 Farooq Vakil respectfully submit this supplemental memorandum following

26 yesterday's hearing before the Court for the purpose of modifying the relief

27 Defendants are requesting from the Court related to the FTC's failure to properly

28 preserve electronically stored information.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2196718.3
216835-10001

1

SUPPLEMENTAL MEMORANDUM OF LAW IN
SUPPORT OF DEFENDANTS' MOTION FOR
SANCTIONS AGAINST FTC

1    Based on the FTC's position that it delayed implementing a litigation
2  hold in this action until it had the opportunity to review Defendants' CID responses
3  and evaluate the merits of its *substantiation* claims against Defendants, it appears
4  that a sanction terminating the entirety of this case is no longer appropriate.  Instead
5  of a termination sanction that would result in the dismissal of this entire case,
6  Defendants request that the Court preclude the FTC from pursuing its *falsity* claims
7  against the Defendants.  Such sanction should include an order prohibiting any use
8  of the CALiPER reports and Ms. Paget's testimony at trial—both of which are
9  potentially relevant only to the FTC's falsity claims.  The requested relief would not
10 prevent the FTC from pursuing its claims that LOA lacked adequate substantiation
11 for representations made to consumers on its packaging for the products at issue in
12 this case.

Dated:  January 19, 2012          LOEB & LOEB LLP
                                  MICHAEL L. MALLOW
                                  MICHAEL A. THURMAN


                                  By: /s/ Michael A. Thurman
                                      Michael Thurman
                                      Attorneys for Defendants
                                      LIGHTS OF AMERICA, INC., USMAN
                                      VAKIL and FAROOQ VAKIL

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2196718.3
216835-10001

2

SUPPLEMENTAL MEMORANDUM OF LAW IN
SUPPORT OF DEFENDANTS' MOTION FOR
SANCTIONS AGAINST FTC